[No. 47503-7-I. Division One. July 9, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMEZ E. WILMORE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-07071-9, Philip G. Hubbard, Jr., J., entered September 29, 2000. *Reversed* by unpublished per curiam opinion.

[No. 19054-4-III. Division Three. July 10, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. KATHRYN ARLENE KAISER, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 98-1-02074-7, C. James Lust, J., entered January 18, 2000. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Brown, A.C.J., and Kato, J.

[No. 19084-6-III. Division Three. July 10, 2001.]

THE CITY OF SPOKANE, *Appellant*, v. CANYON GREENS, L.L.C., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 98-2-02940-9, Richard J. Schroeder, J., entered January 19, 2000. *Affirmed* by unpublished opinion per Brown, J., concurred in by Kurtz, C.J., and Schultheis, J.

[No. 19174-5-III. Division Three. July 10, 2001.]

LLOYD TORGERSON, *Appellant*, v. NORTH PACIFIC INSURANCE COMPANY, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 98-2-07998-8, Ellen K. Clark, J., entered February 11, 2000. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Schultheis and Brown, JJ. Now published at 109 Wn. App. 131.